THE HONORALBE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-133-JNW |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING |
| BARRY R. TREMAIN, | ) | |
| Defendant. | ) | |

THE COURT has considered Barry Tremain's unopposed motion to continue sentencing and the records in this case. The Court finds good cause to continue the sentencing date.

IT IS ORDERED that the May 22, 2025, sentencing date is stricken. Sentencing shall be scheduled for July 31, 2025, at 1:30 p.m.

DATED this 29th day of April 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Barry Tremain

ORDER TO CONTINUE SENTENCING
(*United States v. Tremain*, CR24-133-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100